Certificate Number: 05781-MD-DE-041282759

Bankruptcy Case Number: 21-13913



05781-MD-DE-041282759

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2026, at 4:00 o'clock PM PDT, Leslie Valentine-Bowers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   August 3, 2026                    By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President